## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

```
_____
                               )
THOMAS W. CAMERON,             )
                               )
              Plaintiff,       )
                               )
v.                             )   Civil Action No. 05-1116
                               )
JOHN E. POTTER,                )
Postmaster General,            )
U.S. Postal Service,           )
                               )
              Defendant.       )
_____)
```

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that Defendant's Motion to Dismiss is GRANTED and this case is DISMISSED.

/s/
_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
January 10, 2006